WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
 Attorney for Plaintiff

FILED 06 JUN '11 13:04 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LAVINIA WEATHERWAX**,                                      CV # 09-1273-HO

          Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security**,

          Defendant.

_____

          Attorney fees in the amount of $5,857.61 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.

          DATED this ___ day of _____, 2011.

                                                        _____
                                                        United States District Judge

Submitted on June 1, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
 Attorney for Plaintiff

ORDER - Page 1